UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
KEVIN AFFOON,                                               :
                                                            :
                              Plaintiff,            :
                                           : **ORDER**
     -against-                                              :
                                           : 04-CV-3984 (ENV) (WDW)
ROBERT YOUNG, ROGER O'HARA, and             :
NASSAU COUNTY POLICE DEPARTMENT,            :
                                                            :
                              Defendants.           :
------------------------------------------------------------ x

**VITALIANO, D.J.**

      In light of the parties' agreement to settle the above-captioned case, the writ of habeas corpus ad testificandum granted by this Court on July 11, 2011, as to Kevin Affoon, inmate number 04-A-6489, currently detained in the Clinton Correctional Facility in Dannemora, New York, is hereby VACATED.

      SO ORDERED.

Dated: Brooklyn, New York
       July 19, 2011

                                                             s/ENV
                                          _____
                                          ERIC N. VITALIANO
                                          United States District Judge