UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X

KEVIN AFFOON,

                     Plaintiff,

   - against -

DETECTIVE YOUNG, DETECTIVE O'HARA,
and THE NASSAU COUNTY POLICE
DEPARTMENT,

                 Defendants.
-------------------------------------------------------X

CV-04-3984 (ENV) (WDW)

STIPULATION AND ORDER OF
DISMISSAL

FILED
IN CLERKS OFFICE
US DISTRICT COURT E.D.N.Y.

★ DEC 0 8 2011 ★

BROOKLYN OFFICE

IT IS HEREBY STIPULATED, CONSENTED AND AGREED, by and between the

undersigned, plaintiff *pro se* and counsel for defendants Detective Young, Detective O'Hara and the

Nassau County Police Department (the "County Defendants"), that whereas no party hereto is an

infant or incompetent person for whom a committee has been appointed and no person not a party

has an interest in the subject matter of the action, that the above-entitled action is dismissed with

prejudice, and without costs or attorney fees to either party as against the other.

Dated: October    , 2011

By: _Kevin Affoon_

    Kevin Affoon
    DIN # 04-A-6489
    Clinton Correctional Facility
    Cook Street, P.O. Box 2000
    Dannemora, New York 12929
    Plaintiff *Pro Se*

JOHN CIAMPOLI
Nassau County Attorney

By: _Liora M. Ben-Sorek_

    Liora M. Ben-Sorek
    Deputy County Attorney
    One West Street
    Mineola, New York 11501
    (516) 571-3014
    Attorney for the County Defendants

*The Clerk is directed to close this case.*

SO ORDERED:

DEC - 6 2011

Hon. Eric N. Vitaliano, U.S.D.J.

9